United States Court of Appeals
Fifth Circuit

**F I L E D**

April 10, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-20181

KENNETH M. MORRIS,

Plaintiff-Appellant,

versus

TRANS UNION, LLC.

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas - Houston Division
Case No. 4:04-CV-577

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit
Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light
of the briefs and pertinent portions of the record. Having done
so, we find no clear error of fact or error of law and AFFIRM the
judgment of the district court.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.